CMM:BTR:aoa
F.# 2003R01447

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 11 2005 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JAMES W. ZIMBLER,

       Defendant.

- - - - - - - - - - - - - - - - -X

Cr. No.

CR 05 0611
FEUERSTEIN, S
LINDSAY, M.

Please take notice that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

                       ROSLYNN R. MAUSKOPF
                       United States Attorney

        By: _____
              Burton T. Ryan, Jr.
              Assistant U.S. Attorney

Dated: AUGUST 10, 2005.
       Central Islip, New York