UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                ORDER OF REFERRAL

      - against -                   CR- 05-0611

JAMES ZIMBLER,

                Defendant.
-------------------------------------------------X
FEUERSTEIN, J.

The defendant, JAMES ZIMBLER, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court refers the matter to Magistrate Judge Arlene R. Lindsay to administer the allocution pursuant to F.R. Crim. P. Rule 11, and to make (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (b) a recommendation as to whether the plea of guilty should be accepted.

                                                   SO ORDERED:

                                                   Sandra J. Feuerstein
                                                 United States District Judge

Dated: Long Island, New York
       January 4, 2006

**CONSENTED TO:**

**DEFENDANT:** _____

**ATTORNEY FOR DEFENDANT:** _____