UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------
UNITED STATES OF AMERICA,

-vs-

JAMES W. ZIMBLER,

--------------------------------------------
FEUERSTEIN, J.

ORDER

CR- 05-611 (S) 

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ OCT 18 2010 ★

LONG ISLAND OFFICE

I adopt the recommendation of the Magistrate Judge that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of his rights and the consequences of the plea of which there is a factual basis. I therefore accept the plea of guilty.

/SO ORDERED.

SANDRA J. FEUERSTEIN, U.S.D.J.

DATED: Central Islip, N.Y.
October 18, 2010